IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-31346
Summary Calendar
_____

OLA M. THRASH, on behalf of
Jerry K. Thrash Estate, on
behalf of Dominique D. Gillham,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:99-CV-217
--------------------
July 14, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

On behalf of her foster daughter, Dominique D. Gillham, Ola
M. Thrash appeals from the district court's order adopting the
magistrate judge's report and recommendation and affirming the
Commissioner's denial of Social Security benefits. Thrash argues
that the Commissioner's decision was erroneous in light of the
enactment by the Louisiana State Legislature of special
legislation declaring Dominique the child of the Thrashes. We

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

hold that the Commissioner applied the proper legal standards.
See 20 C.F.R. § 404.355(a)(1); United States v. Vernon Home
Health, Inc., 21 F.3d 693, 696 (5th Cir. 1994); Anthony v.
Sullivan, 954 F.2d 289, 292 (5th Cir. 1992); Smith v. Bowen, 862
F.2d 1165, 1166 (5th Cir. 1989).

AFFIRMED.